EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| José R. Laureano Cintrón | 2021 TSPR 153 |
| | 208 DPR _____ |

Número del Caso:  TS-16,445

Fecha:  2 de diciembre de 2021

Abogado del peticionario:

     Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*:

José R. Laureano Cintrón

TS-16,445

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 2 de diciembre de 2021.

Examinada la *Moción sobre Solicitud de Cambio de Estatus a Abogado Activo en el Registro Único de Abogados y Abogadas*, presentada por el Sr. José R. Laureano Cintrón, se provee **ha lugar** su petición. En consecuencia, ordenamos el cambio de estatus a abogado activo.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo